FILED
August 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                    )     Case No.  2:10-mj-240 DAD
              Plaintiff,                        )
                                                    )     ORDER FOR RELEASE
v.                                                )     OF PERSON IN CUSTODY
                                                    )
JOSE HOLMES,                           )
                                                    )
              Defendant.                    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jose Holmes; Case 2:10-mj-240 DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000 cosigned by defendant's parents-in-law

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial conditions/supervision; third party custody to defendant's parents-in-law

Issued at Sacramento, CA on 8/20/2010 at 3:22 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge